**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILES PRESERVATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> WESCO INSURANCE COMPANY, <br><br> Defendant. | No. CV 22-01818-DMG (SPx) <br><br> **ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [66]** |

Pursuant to the Parties' Stipulation of Dismissal with Prejudice filed on October 29, 2025 [Doc. # 66], and good cause appearing, the Court hereby **APPROVES** the Joint Stipulation and **DISMISSES** the above-captioned action, in its entirety, **with prejudice**. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: November 4, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE